

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00193-CV

_____

IN RE ELIZABETH CASE, Relator

Original Proceeding
393rd District Court of Denton County, Texas
Trial Court No. 25-3863-393

Before Bassel, J.; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and request for emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and request for emergency relief are denied.

Per Curiam

Delivered: March 27, 2026